**Motion GRANTED and Order filed May 25, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00269-CV**

_____

**IN RE TOM WRIGHT CONSTRUCTION, LLC D/B/A BUILT WRIGHT CONSTRUCTION, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 17-02-24157**

## ORDER

On May 14, 2021, relator Tom Wright Construction, LLC d/b/a Built Wright Construction, filed a petition for writ of mandamus in this court. Relator challenges the Honorable Gary W. Chaney's, Judge of the 506th Judicial District Court of Waller County, Texas, May 5, 2021 order granting real party interest's motion to

compel, entered in trial court number 17-02-24157, styled *Bolton Steel Erectors v. Tom Wright Construction, LLC d/b/a Built Wright Construction*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On May 14, 2021, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the May 5, 2021 order granting real party in interest's motion to compel in trial court cause number 17-02-24157, *Bolton Steel Erectors v. Tom Wright Construction, LLC d/b/a Built Wright Construction*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.